**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

TONG FU KIANG,

                              Plaintiff,

            v.

YUMMY ORIENTAL RESTAURANT, INC.
    d/b/a Yummy Oriental,
ORIENTAL PORT WASHINGTON INC
    d/b/a Yummy Oriental,
YUMMY PORT WASHINGTON RESTAURANT INC
    d/b/a Yummy Oriental,
TONG HOWE TAN, and
KOK HOBI LOOI,

                            Defendants.

------------------------------------------------------------------- x

Case No. 18-cv-05256 (SJF)(ARL)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

      Please take notice that upon the annexed Declaration of Aaron B. Schweitzer sworn to on April 10, 2020 and all exhibits attached thereto, including a statement of material facts pursuant to Rule 56.1 of the Local Civil Rules of the United States District Court for the Eastern District of New York, and upon the annexed memorandum of law, the undersigned shall move this Court, at the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza Central Islip, NY 11722, before the Honorable Sandra J. Feuerstein, U.S.D.J., for an Order granting summary judgment against Defendants YUMMY ORIENTAL RESTAURANT, INC. d/b/a Yummy Oriental, ORIENTAL PORT WASHINGTON INC d/b/a Yummy Oriental, YUMMY PORT WASHINGTON RESTAURANT INC d/b/a Yummy Oriental, TONG HOWE TAN, and KOK HOBI LOOI pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated: Flushing, NY
       April 10, 2020

                                                      TROY LAW, PLLC

                           */s/ Aaron B. Schweitzer*
                           Aaron B. Schweitzer
                           41-25 Kissena Boulevard
                           Suite 103
                           Flushing, NY 11355
                           Tel: (718) 762-1324
                           troylaw@troypllc.com
                           *Attorneys for Plaintiff*